**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jaime CISNEROS, Defendant–
Appellant.**

No. 12–50060.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 19, 2012.*

Filed Jan. 2, 2013.

Curtis A. Kin, Esquire, Patricia Daffodil Tyminski, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Jaime Cisneros, Adelanto, CA, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Jaime Cisneros appeals from the district court's judgment and challenges the revocation of his supervised release and the 24–month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Cisneros's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Cisneros the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Cisneros's motion to expedite is **DENIED AS MOOT.**

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).